# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 31, 2005

128492

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

JOSE ANTONIO ARANCIBIA-LOPEZ,
     Defendant-Appellant.

SC: 128492
COA: 261210
Kent CC: 04-001875-FH

_____/

On order of the Court, the application for leave to appeal the April 11, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

KELLY, J., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 31, 2005

Clerk

s1024